# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DIAZ HURTADO DE LA CRUZ, | Case No. 1:25-cv-01508 KES SKO (HC) |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION OR NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; and CHRISTOPHER CHESTNUT, Warden of the California City Detention Center, | |
| Respondents. | |

Ruben Diaz Hurtado De La Cruz is an immigration detainee proceeding with a petition for writ of habeas corpus. On November 18, 2025, the court denied the motion for temporary restraining order and dismissed the petition with leave to amend. Doc. 23. The court granted Petitioner 30 days to file an amended petition. *Id.* at 7. To date, petitioner has not filed an amended petition and it is unclear whether petitioner intends to further prosecute this matter, as no other action has been taken.

///

///

1

Accordingly, **no later than February 24, 2026,** petitioner **SHALL** file either an amended petition or a notice of voluntary dismissal. Failure to take such action will result in dismissal of this matter for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 10, 2026

UNITED STATES DISTRICT JUDGE