UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DIAZ HURTADO DE LA CRUZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; and CHRISTOPHER CHESTNUT, Warden of the California City Detention Center,<br><br>Respondents. | Case No. 1:25-cv-01508 KES SKO (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT AND DIRECTING CLERK OF COURT TO CLOSE THE MATTER<br><br>(Doc. 25) |

Ruben Diaz Hurtado De La Cruz was formerly an immigration detainee and brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 18, 2025, the court denied petitioner's motion for temporary restraining order and dismissed the petition with leave to amend. Doc. 23. After an amended petition was not filed, the court ordered Petitioner to file an amended petition or a notice of voluntary dismissal. Doc. 24.

On February 20, 2026, counsel for Petitioner moved to voluntarily dismiss the petition, reporting that "Petitioner has been removed from the United States" and is no longer in custody. Doc. 25 at 1-2. Counsel notes "this Court no longer has jurisdiction over these civil proceedings,

1

1  which have become moot." *Id.* at 2.

2      As there is no further relief that this court can provide, the petition is now moot. *See*

3  *Lopez Santos v. Bondi*, 2026 WL 498489 at *1 (E.D. Cal. Feb. 23, 2026) (dismissing a petition

4  under Section 2241 as moot where the petitioner was removed from the United States).

5  Accordingly, the Court **ORDERS**:

6      1.    Petitioner's motion to voluntarily dismiss the petition (Doc. 25) is **GRANTED**.

7      2.    The petition (Doc. 1) is **DISMISSED** as moot.

8      3.    The Clerk of Court is directed to close this case.

11  IT IS SO ORDERED.

12      Dated:   March 1, 2026

                                                                         UNITED STATES DISTRICT JUDGE